# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

### CRIMINAL MINUTES – IA and ARRAIGNMENTS

**Case No.:** 7:19cr94  **Date:** 1/27/2020

| **Defendants:** | **Counsel:** |
|---|---|
| Ioana-Cristina Pavel, custody | Monical Cliatt, FPD |
| Szilard Farkas, custody | Patrick Kenney, CJA |
| Marius Catalui, custody | Chris Kowalczuk, CJA |

PRESENT:
- JUDGE: Robert S. Ballou
- Deputy Clerk: K. Brown
- Court Reporter: K. Brown, FTR
- U. S. Attorney: Coleman Adams
- USPO: Sean Sweeney
- Case Agent: Angelo Rella, USSS
- Interpreter: Sanda Huffman- Romanian, sworn/Laszlo Szimonisz- Hungarian, sworn

TIME IN COURT: 24 min

## INITIAL APPEARANCE – Deft. Catalui

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; CJA counsel appointed.
☒ Defendant(s) not eligible for bond because there is an ICE detainer in place. Defendant reserves the right to request that conditions be set in the future should his circumstances change.
☒ Deft. notified of right to consular notification under the Vienna Convention.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | 1s, 5s, 6s, 7s, 10s, 11s, 12s, 13s-17s | | Ioana-Cristina Pavel |
| 2 | | 1,3,5,6,7,10,11,12,18-21 | | Szilard Farkas |
| 3 | | 1,2,3,4,8,9,11,22,23 | | Marius Catalui |

☒ Jury trial set for 5/26/2020 at 9:30am before Judge Urbanski.
☒ Defendant(s) remanded to custody.

Additional Information:
2:26
Parties present and represented by counsel.
Government seeks detention as to Mr. Catalui. There is a current ICE detainer for this defendant. defendant does not contest detention at this time but reserves the right.
Ms. Pavel's glasses were taken from her at the time of her arrest. She needs them back. USMS will see if they are in her possessions, USSS agent will check with Botetourt County.
All defendants remanded.
Adjourned.
2:50