# FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**UNITED STATES OF AMERICA**

CASE NO.: 7/19CR94

v. Ioana-Cristina Pavel
Szilard Farkus
Marius Catalui

DATE: 1/27/2020

TYPE OF HEARING: ARR's

*******************************************************************************

**PARTIES:**

1. Robert S. Ballou
2. Coleman Adams, AUSA
3. Monica Cliatt, FPD
4. Ioana-Cristina Pavel, deft
5. Patrick Kenney, CJA
6. Szilard Farkus, deft
7. Chris Kowalczuk, CJA
8. Marius Catalui, deft
9. Angelo Rella - USSS
10. 

*******************************************************************************

Recorded by: K. Brown

Time in Court: 24 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:26 | 1 |  | 4 |  | 8 | 2:47 | 1 |  | 2 |
|  | 8 |  | 8 | 2:45 | 1 |  | 6 |  | 3 |
|  | 1 |  | 6 |  | 7 |  | 1 | 2:50 | 1 |
|  | 4 | 2:32 | 1 | 2:46 | 1 |  | 5 |  |  |
| 2:28 | 1 |  | 6 |  | 4 |  | 1 |  |  |
|  | 8 |  | 1 |  | 1 |  | 6 |  |  |
| 2:29 | 1 |  | 5 |  | 3 | 2:48 | 1 |  |  |
|  | 4 | 2:32 | 1 |  | 1 |  | 8 |  |  |
|  | 1 |  | 3 |  | 4 | 2:48 | 1 |  |  |
|  | 8 |  | 5 | 2:46 | 1 |  | 2 |  |  |
|  | 1 |  | 7 |  | 8 |  | 1 |  |  |
|  | 6 | 2:33 | 1 |  | 1 |  | 3 |  |  |
| 2:30 | 1 | 2:33 | 2 |  | 7 |  | 1 |  |  |
|  | 8 |  | 4 |  | 1 |  | 9 |  |  |
| 2:31 | 1 |  | 6 |  | 8 | 2:50 | 1 |  |  |